# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | Chapter 7 |
| Start Man Furniture, LLC, et al. : | Case No.: 20-10553-CTG |
| Debtor. : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* : | **MEDIATION STATUS REPORT** |
| Plaintiff, : | |
| v. : | Adv. Proc. No.: 22-50164-CTG |
| Sunny Designs, Inc., et al., : | |
| Defendant. : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____    Mediation is scheduled to occur on _____.

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__    OTHER:  The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: <u>February 17, 2025</u>        Mediator

                                                  */s/ Ian Connor Bifferato*
                                                  Ian Connor Bifferato (DE #3273)
                                                  The Bifferato Firm P.A.
                                                  112 French St.
                                                  Wilmington, DE  19801
                                                  Tel. (302) 225-7600
                                                  E-mail: cbifferato@tbf.legal