# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 7 |
| | : |
| Start Man Furniture, LLC, et al. | : Case No.: 20-10553-CTG |
| | : |
| Debtor. | : |
| | : |
| | : |
| | : |
| Alfred T. Giuliano, *in his capacity as* | : **MEDIATION STATUS REPORT** |
| *Chapter 7 Trustee of Art Van Furniture,* | : |
| *LLC, et al.* | : |
| Plaintiff, | : |
| v. | : Adv. Proc. No.: 22-50164-CTG |
| | : |
| Sunny Designs, Inc., et al., | : |
| | : |
| Defendant. | : |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____        Mediation is scheduled to occur on _____.

_____        A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

   X            OTHER:  The Mediator expects to have a mediation date scheduled within the next 30 days.


Dated: June 9, 2026                      Mediator


                                            */s/ Ian Connor Bifferato*
                                         Ian Connor Bifferato (DE #3273)
                                         The Bifferato Firm P.A.
                                         112 French St.
                                         Wilmington, DE  19801
                                         Tel. (302) 225-7600
                                         E-mail: cbifferato@tbf.legal